IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY EVAN ROBESON, | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-CV-0385-D |
| | § | (CRIMINAL NO. 3:18-CR-6-D-52) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## JUDGMENT

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. It is therefore ordered and adjudged that the motion to vacate set aside or correct sentence under 28 U.S.C. § 2255 is denied, and this case is dismissed with prejudice.

Done at Dallas, Texas January 10, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE